## HELEN BAKER *v.* STEVEN BAKER
### (11501)

DUPONT, C. J., O'CONNELL and FREEDMAN, Js.

Argued June 4—decision released July 29, 1993

*Lawrence P. Weisman,* for the appellant (plaintiff).
*Joseph T. O'Connor,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.